UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FURMAN GILMORE,

                              Petitioner,

            vs                                          9:05-CV-1378

DONNA LEWIN, Superintendent,

                              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

FURMAN GILMORE
Petitioner, Pro Se
02-A-3979
Hale Creek ASACTC
P.O. Box 950
Johnstown, NY 12095

HON. ANDREW M. CUOMO                    THOMAS B. LITSKY, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
120 Broadway
New York, NY 10271

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Petitioner, Furman Gilmore, brought a petition for a writ of habeas corpus pursuant

to 28 U.S.C. § 2254.  By Report-Recommendation dated October 1, 2007, the Honorable

David R. Homer, United States Magistrate Judge, recommended that the petition be denied.

There have been no objections made to the Report-Recommendation.

        Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and

DISMISSED in all respects

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.


Dated:   November 5, 2007
         Utica, New York.

_____
United States District Judge